```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**STATE INDUSTRIAL PRODUCTS CORPORATION**          **PLAINTIFF/**
                                                   **COUNTER DEFENDANT**

**VS.**                               **CIVIL ACTION NO. 3:07-cv-77-WHB-LRA**

**BETA TECHNOLOGY, INC.**                          **DEFENDANT/**
                                                   **COUNTER PLAINTIFF**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Opinion and Order that granted the Motion of Defendant Beta Technologies, Inc., for Summary Judgment on the claims alleged by Plaintiff in the Amended Complaint, and granted the Motion and Supplemental Motion of Plaintiff State Industrial Products Corporation for Summary Judgment on the claims alleged by Defendant in the Counterclaim, this case is hereby dismissed with prejudice.

SO ORDERED this the 17th day of June, 2008.


                                    s/William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE